Matter of Wheatley (2026 NY Slip Op 01268)





Matter of Wheatley


2026 NY Slip Op 01268


Decided on March 5, 2026


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:March 5, 2026

PM-36-26
[*1]In the Matter of Nathan Allan Wheatley, an Attorney. (Attorney Registration No. 5035662.)

Calendar Date:March 2, 2026

Before:Clark, J.P., Aarons, Ceresia, McShan and Corcoran, JJ.

Nathan Allan Wheatley, Canal Winchester, Ohio, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Nathan Allan Wheatley was admitted to practice by this Court in 2012 and lists a business address in Columbus, Ohio with the Office of Court Administration. Wheatley now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Wheatley's application.
Upon reading Wheatley's affidavit sworn to January 21, 2026, and filed January 27, 2026, and upon reading the February 25, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Wheatley is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Aarons, Ceresia, McShan and Corcoran, JJ., concur.
ORDERED that Nathan Allan Wheatley's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Nathan Allan Wheatley's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Nathan Allan Wheatley is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Wheatley is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Nathan Allan Wheatley shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.









